UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW P BORSOS,<br><br>        Plaintiff,<br><br>    v.<br><br>AMCO INSURANCE COMPANY,<br><br>        Defendant. | Case No. 22-cv-07701-TSH<br><br>**ORDER TO SHOW CAUSE** |

Pending before the Court is Defendant AMCO Insurance Company's Motion for Partial Judgment on the Pleadings. ECF No. 27. On September 29 the Court ordered Plaintiff Andrew Borsos to file any opposition by October 19, 2023. ECF No. 34. As he has failed to file an opposition or otherwise respond, the Court **ORDERS** Plaintiff Andrew Borsos to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by November 7, 2023, and simultaneously file either an opposition in compliance with Civil Local Rule 7-3(a) or a statement of nonopposition in compliance with Local Rule 7-3(b). If Plaintiff files an opposition, Defendant may file any reply by November 16, 2023.

<u>Notice is hereby provided that failure to file a written response will be deemed an admission</u> that Plaintiff <u>does not intend to prosecute, and this case will likely be dismissed</u>. Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: October 30, 2023

THOMAS S. HIXSON
United States Magistrate Judge